

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2017

No. 04-16-00478-CR

Jeremy Michael **STRAUSER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 514924
Honorable Genie Wright, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due on March 10, 2015.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2017.

Keith E. Hottle
Clerk of Court